| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name. Middle initial)  WOOD, KIMBA M | 2. Court or Organization  U.S. District Court, SDNY | 3. Date of Report  5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (active) | 5. ReportType (check appropriate type)  ○ Nomination,  Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2004  to  12/31/2004 |
| 7. Chambers or Office Address  500 Pearl Street  New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | The Institute of Judicial Administration, New York University School of Law |
| 2. Board Member | New York City Ballet, Inc. |
| 3. Board Member | CEELI Institute |
| 4. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 18 A 9: 51 FINANCIAL DISCLOSURE OFFICE

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Adam Silver | National Basketball Association tickets | $768 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Goldman, Sachs (see Note #43 in Section VIII) | Margin Account | P3 |
| 2. Vestar Assoc. IV | Loans | M |
| 3. Deutsche Bank, Alex Brown | Margin Account | K |
| 4. Citibank | Line of Credit for Investments | P2 |
| 5. Citibank | Line of Credit for Investments | P2 |
| 6. Citibank | Unsecured Note | P1 |
| 7. American Express | Credit card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, KIMBA M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. See attached | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 1  EXXON CORP COMMON STOCK<br>( SEE NOTE 3 IN SECTION VIII) | A | DIVIDEND | K | T | | | | | |
| 2  CREST FUND LP  ( IRA)<br>( SEE NOTE 1 IN SECTION VIII) | | NONE | P1 | T | | | | | |
| 3  NYC CPN PRAM ZERO COUPON BOND<br>( SEE NOTE 2 IN SECTION VIII) | C | OID | K | T | | | | | |
| 4  NYS DA REV CAP ST UNIV-B ZERO COUPON BOND<br>( SEE NOTE 2 IN SECTION VIII) | B | OID | K | T | | | | | |
| 5  ADOBE SYSTEMS INC COMMON STOCK | A | DIVIDEND | J | T | | | | | |
| 6  PARCEL OF LAND - SEQUIM, WA<br>( FKA PARCEL 16) | | NONE | | | SOLD | 3/11 | M | E | |
| 7  NEW YORK URB DEV CORP ZERO COUPON BOND<br>( SEE NOTE 2 IN SECTION VIII) | A | OID | J | T | | | | | |
| 8  SCHWAB MONEY MARKET FUND<br>( FKA CHARLES SCHWAB CASH/MM ACCOUNT) | A | DIVIDEND | J | T | | | | | |
| 9  GOLDMAN SACHS INST ASSETS FEDL PORTFOLIO #1<br>( FKA GOLDMAN, SACHS CASH/MM ACCOUNT #1) | A | DIVIDEND | K | T | | | | | |
| 10  GOLDMAN SACHS INST ASSETS FEDL PORTFOLIO #2<br>( FKA GOLDMAN, SACHS CASH/MM ACCOUNT #2) | A | DIVIDEND | M | T | | | | | |
| 11  AUTOMATIC DATA PROCESSING INC COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 12  BANK OF AMERICA COMMON STOCK | | NONE | | | SOLD | 2/2 | J | A | |
| 13  GEN PROBE COMMON STOCK | | NONE | K | T | PURCHASE | 6/30 | K | | |

Kimba M. Wood    MAY, 2005

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A-H) | (2) TYPE | (1) VALUE CODE (J-P) | (2) VALUE METHOD (Q-W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J-P) | (4) GAIN CODE (A-H) | (5) IDENTITY (IF PRIVATE) |
| 14 HOME DEPOT COMMON STOCK | A | DIVIDEND | K | T | PARTIAL SALE | 2/2 | J | C | |
| 15 JOHNSON & JOHNSON COMMON STOCK | A | DIVIDEND | K | T | PARTIAL SALE | 2/2 | J | | |
| 16 STRYKER CORP COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 17 SYSCO CORP COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 18 TYCO INTL COMMON STOCK | A | DIVIDEND | K | T | PURCHASE | 6/30 | K | | |
| 19 WAL MART STORES INC COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 20 CMA TAX EXEMPT FUND - ML #1 (FKA MERRILL LYNCH CMA ACCOUNT #1) | A | DIVIDEND | K | T | | | | | |
| 21 MERRILL LYNCH ACCOUNT - ML #2 (FKA MERRILL LYNCH CMA ACCOUNT #2) | A | INTEREST | J | T | | | | | |
| 22 ALLIANCEBERNSTEIN CAPITAL RESERVE FUND (FKA ALLIANCE CAPITAL RESERVE CASH/MM ACCOUNT) | A | DIVIDEND | J | T | | | | | |
| 23 AMERICAN MUTUAL FUND | A | DIV/DISTR | K | T | SEE NOTE 4 IN SECTION VIII | | | | |
| 24 CAPITAL INCOME BUILDER FUND (MUTUAL FUND) | A | DIV/DISTR | K | T | SEE NOTE 4 IN SECTION VIII | | | | |
| 25 FUNDAMENTAL INVESTORS INC (MUTUAL FUND) | A | DIVIDEND | K | T | SEE NOTE 4 IN SECTION VIII | | | | |
| 26 GROWTH FUND OF AMERICA (MUTUAL FUND) | A | DIVIDEND | L | T | SEE NOTE 4 IN SECTION VIII | | | | |
| 27 INVESTMENT COMPANY OF AMERICA | A | DIV/DISTR | K | T | SEE NOTE 4 IN SECTION VIII | | | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A-H) | (2) TYPE | (1) VALUE CODE (J-P) | (2) VALUE METHOD (Q-W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J-P) | (4) GAIN CODE (A-H) | (5) IDENTITY (IF PRIVATE) |
| ( MUTUAL FUND) | | | | | | | | | |
| 28 WASHINGTON MUTUAL INVESTORS FUND ( MUTUAL FUND) | B | DIV/DISTR | K | T | SEE NOTE 4 IN SECTION VIII | | | | |
| 29 U.S. GOVERNMENT SECURITIES FUND ( MUTUAL FUND) | A | DIVIDEND | K | T | SEE NOTE 4 IN SECTION VIII | | | | |
| COMMON STOCKS/MUTUAL FNDS ( LINES 30-90) : | | | | | | | | | |
| 30 ABBOTT LABORATORIES ( SEE NOTE 6 IN SECTION VIII) | G | DIVIDEND | P1 | T | PARTIAL SALE | 3/3 | P1 | G | |
| 31 | | | | | SPIN OFF HOSPIRA, INC ( SEE LINE 56 BELOW) | 5/3 | N | | |
| 32 | | | | | DONATION TO FOUNDATION ( SEE LINE 106 BELOW) | 12/29 | N | G | |
| 33 AMERICA MOVIL | A | DIVIDEND | M | T | PURCHASE | 3/4 | L | | |
| 34 | | | | | PURCHASE | 11/8 | K | | |
| 35 AMER INTL GROUP | A | DIVIDEND | | | PURCHASE | 3/4 | L | | |
| 36 | | | | | SOLD | 11/1 | K | | |
| 37 ANHEUSER BUSCH CO | F | DIVIDEND | P1 | T | | | | | |
| 38 AUTOMATIC DATA PROCESSING | D | DIVIDEND | O | T | | | | | |
| 39 BECTON DICKINSON | B | DIVIDEND | N | T | PURCHASE | 3/8 | M | | |
| 40 | | | | | PURCHASE | 3/12 | M | | |
| 41 BERKLEY WR CORP | C | DIVIDEND | O | T | PURCHASE | 3/3 | O | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A-H) | (2) TYPE | (1) VALUE CODE (J-P) | (2) VALUE METHOD (Q-W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J-P) | (4) GAIN CODE (A-H) | (5) IDENTITY (IF PRIVATE) |
| 42 | | | | | PURCHASE | 3/4 | L | | |
| 43 BERKSHIRE HATHAWAY | | NONE | P1 | T | | | | | |
| 44 BLACKROCK INC | D | DIVIDEND | O | T | PURCHASE | 3/3 | L | | |
| 45 | | | | | PURCHASE | 3/4 | N | | |
| 46 CIT GROUP | C | DIVIDEND | N | T | PURCHASE | 3/3 | N | | |
| 47 | | | | | PURCHASE | 3/4 | L | | |
| 48 CITIGROUP | A | DIVIDEND | | | SOLD | 12/20 | K | B | |
| 49 COCA COLA | | NONE | | | SOLD | 3/3 | M | D | |
| 50 CONOCOPHILLIPS | B | DIVIDEND | L | T | PURCHASE | 3/4 | L | | |
| 51 CROWN CORK AND SEAL CO | | NONE | N | T | | | | | |
| 52 GENERAL ELECTRIC CO | A | DIVIDEND | | | SOLD | 3/3 | K | | |
| 53 GEN PROBE INC | | NONE | O | T | PURCHASE | 1/20 | N | | |
| 54 | | | | | PURCHASE | 6/30 | N | | |
| 55 HOME DEPOT INC | D | DIVIDEND | P1 | T | | | | | |
| 56 HOSPIRA, INC ( SEE NOTE 6 IN SECTION VIII) | | NONE | | | SPIN OFF FROM ABBOTT LABS ( SEE LINE 31 ABOVE) | 5/3 | N | | |
| 57 | | | | | DONATED TO FOUNDATION ( SEE LINE 112 BELOW) | 12/20 | N | G | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A-H) | (2) TYPE | (1) VALUE CODE (J-P) | (2) VALUE METHOD (Q-W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J-P) | (4) GAIN CODE (A-H) | (5) IDENTITY (IF PRIVATE) |
| 58 INSIGHT COMMUNICATIONS | | NONE | | | PARTIAL SALE | 3/24 | M | F | |
| 59 | | | | | SOLD | 6/10 | M | F | |
| 60 JETBLUE AIRWAYS | | NONE | | | PURCHASE | 6/30 | M | | |
| 61 | | | | | SOLD | 12/20 | M | | |
| 62 JOHNSON & JOHNSON | G | DIVIDEND | P2 | T | | | | | |
| 63 KINDER MORGAN ENERGY | C | DIVIDEND | L | T | PURCHASE | 3/4 | L | | |
| 64 LUCENT TECHNOLOGIES CONV PREFD (SEE NOTE 40 IN SECTION VIII) | A | SETTLMNT | J | T | LITIGATION SETTLEMENT | 12/10 | J | | |
| 65 MARSH & MCLENNAN CO | E | DIVIDEND | | | PURCHASE | 3/3 | O | | |
| 66 | | | | | PURCHASE | 3/4 | L | | |
| 67 | | | | | SOLD | 10/18 | O | | |
| 68 MBNA CORP (SEE NOTE 6 IN SECTION VIII) | E | DIVIDEND | P1 | T | DONATION TO FOUNDATION (SEE LINE 114 BELOW) | 12/29 | N | G | |
| 69 MEDCOHEALTH SOLUTIONS, INC. | | NONE | | | SOLD | 12/20 | K | E | |
| 70 MEDTRONIC INC | B | DIVIDEND | N | T | | | | | |
| 71 MEMORY PHARMACEUTICALS | | NONE | M | T | PURCHASE | 6/30 | K | | |
| 72 | | | | | PURCHASE | 7/2 | K | | |
| 73 | | | | | PURCHASE | 7/6 | L | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 74 MERCK & CO. INC.<br>( SEE NOTE 6 IN SECTION VIII) | D | DIVIDEND | | | DONATED TO FOUNDATION<br>( SEE LINE 115 BELOW) | 10/7 | M | | |
| 75 THE MONY GROUP ( X) | A | DIVIDEND | | | MERGER-CO BOUGHT BACK SHARES | 8/4 | J | A | |
| 76 MORGAN STANLEY/ DEAN WITTER | C | DIVIDEND | | | SOLD | 12/20 | M | G | |
| 77 OLSTEIN FINANCIAL ALERT FUND ( MUTUAL FUND) | B | DIVIDEND | M | T | PURCHASE | 12/10 | J | | |
| 78 PEPSICO | D | DIVIDEND | O | T | PURCHASE | 3/3 | O | | |
| 79 | | | | | PURCHASE | 3/4 | L | | |
| 80 ALTRIA GROUP - IRA ACCOUNT<br>( FKA PHILIP MORRIS) | C | DIVIDEND | L | T | PURCHASE | 2/6 | J | | |
| 81 | | | | | PURCHASE | 12/13 | J | | |
| 82 REGEÑERON PHARMACEUTICAL INC | | NONE | | | SOLD | 1/20 | M | D | |
| 83 SONIC CORP | A | CIL | P3 | T | | | | | |
| 84 STRYKER CORP | A | DIVIDEND | N | T | | | | | |
| 85 UNITED TECH CORP | D | DIVIDEND | O | T | | | | | |
| 86 WABTEC CORP | A | DIVIDEND | | | PARTIAL SALE | 1/20 | N | G | |
| 87 | | | | | PARTIAL SALE | 3/3 | N | G | |
| 88 | | | | | PARTIAL SALE | 3/4 | M | G | |
| 89 | | | | | SOLD | 3/5 | N | G | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 90 | WAL MART STORES | F | DIVIDEND | P2 | T | | | | | |
| | CORPORATE BONDS ( LINES 91-94) : | | | | | | | | | |
| 91 | FORD MOTOR CO BOND | F | INTEREST | | | PUT BOND | 8/16 | P2 | | |
| 92 | GENERAL ELECTRIC BOND | F | INTEREST | P2 | T | | | | | |
| 93 | GMAC BONDS | F | INTEREST | P2 | T | | | | | |
| 94 | ITT FINANCIAL CORP BOND | E | INTEREST | P1 | T | | | | | |
| | CASH/INVESTMENT/MONEY MARKET ACCOUNTS ( LINES 95-105) : | | | | | | | | | |
| 95 | BEAR STEARNS - IRA CASH | A | INTEREST | J | T | | | | | |
| 96 | GOLDMAN SACHS INST ASSETS FEDL PORTFOLIO #3<br>( FKA GOLDMAN SACHS CASH/MM - FOUNDATION) | B | DIVIDEND | O | T | | | | | |
| 97 | CITIBANK CHECKING ACCOUNT - FOUNDATION | | NONE | J | T | | | | | |
| 98 | CITIBANK INTEREST CHECKING A/C | A | INTEREST | J | T | | | | | |
| 99 | MSIF MONEY MARKET<br>( FKA MORGAN STANLEY CASH/MM ACCOUNT) | A | DIVIDEND | K | T | | | | | |
| 100 | MORGAN STANLEY AAA ACCOUNT<br>( SEE NOTE 42 IN SECTION VIII) | | NONE | | | ACCOUNT CLOSED | 2/12 | | | |
| 101 | CITIBANK CHECKING ACCOUNT | | NONE | K | T | | | | | |
| 102 | CITIBANK ASSET ACCOUNT | | NONE | K | .T | | | | | |
| 103 | CITIBANK CASH RESERVE ACCOUNT | E | INTEREST | P1 | T | | | | | |
| 104 | CITIBANK ATM ACCOUNT | | NONE | | | ACCOUNT CLOSED | 6/16 | J | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 105 BEAR, STEARNS ACCOUNT #1<br>( SEE NOTE 5 IN SECTION VIII) | | NONE | J | T | | | | | |
| FOUNDATION COMMON STOCKS ( LINES 106-117) : | | | | | | | | | |
| 106 ABBOTT LABORATORIES<br>( SEE NOTE 6 IN SECTION VIII) | | NONE | N | T | RECEIVED FROM TRUSTEE<br>( SEE LINE 32 ABOVE) | 12/29 | N | | |
| 107 ALTRIA GROUP INC | D | DIVIDEND | N | T | | | | | |
| 108 ANHEUSER BUSCH COS INC | B | DIVIDEND | M | T | | | | | |
| 109 BANK OF AMERICA | D | DIVIDEND | M | T | | | | | |
| 110 DYERSBURG CORP | | NONE | J | T | | | | | |
| 111 GENERAL ELECTRIC CO | C | DIVIDEND | M | T | | | | | |
| 112 HOSPIRA<br>( SEE NOTE 6 IN SECTION VIII) | | NONE | | | RECEIVED FROM TRUSTEE<br>( SEE LINE 57 ABOVE) | 12/20 | N | | |
| 113 | | | | | SOLD | 12/20 | N | | |
| 114 MBNA<br>( SEE NOTE 6 IN SECTION VIII) | | NONE | N | T | RECEIVED FROM TRUSTEE<br>( SEE LINE 68 ABOVE) | 12/29 | N | | |
| 115 MERCK & CO<br>( SEE NOTE 6 IN SECTION VIII) | | NONE | | | RECEIVED FROM TRUSTEE<br>( SEE LINE 74 ABOVE) | 10/07 | M | | |
| 116 | | | | | SOLD | 10/8 | M | | |
| 117 UNITED TECHNOLOGIES CORP | C | DIVIDEND | N | T | | | | | |

INVESTMENTS IN NON-PUBLIC COMPANIES ( LINES 118-235) ( SEE NOTES 7, 8 & 9 IN SECTION VIII)

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 118  ARIZONA SNOWBOWL<br>( SEE NOTE 1 IN SECTION VIII) | G | K-1 DISTR | N | W | | | | | |
| 119  ENTERTAINMENT ACQUISITION<br>( SEE NOTES 1, 9 & 29 IN SECTION VIII) | D | ROYALTY/<br>K-1 DISTR | | | | | | | |
| 120  CARTOON CUTS<br>( SEE NOTE 1 IN SECTION VIII) | | NONE | K | W | | | | | |
| 121  ROCHE SPORTS LLC<br>( SEE NOTES 1, 10 & 25 IN SECTION VIII) | | NONE | | | | | | | |
| 122  COSMOS PARTNERS  ( FKA EVALUATION ASSOCIATES)<br>( SEE NOTE 46 IN SECTION VIII) | E | K-1 DISTR | N | V | DISTRIBUTION | 1/15 | K | | |
| 123 | | | | | PARTNERSHIP SOLD ITS<br>CONSULTING BUSINESS | 2/13 | M | G | MILLIMAN USA |
| 124 | | | | | DISTRIBUTION | 4/20 | K | | |
| 125 | | | | | DISTRIBUTION | 6/17 | J | | |
| 126 | | | | | DISTRIBUTION | 9/10 | J | | |
| 127 | | | | | PARTNERSHIP SOLD ITS<br>FUND OF FUNDS BUSINESS | 9/23 | O | G | MELLON<br>FINANCIAL |
| 128 | | | | | DISTRIBUTION | 12/8 | K | | |
| 129  MOORINGS/VIKING<br>( SEE NOTES 1 & 45 IN SECTION VIII) | A | K-1 DISTR | | | | | | | |
| 130  NEW RIVER/BEAVERTOWN<br>( SEE NOTE 11 IN SECTION VIII) | C | INTEREST | | | | | | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 131  TAMPA BAY DEVIL RAYS ( SEE NOTES 1 & 25 IN SECTION VIII) | | NONE | N | W | | | | | |
| 132  FRESH DIRECT | | NONE | O | W | | | | | |
| 133  OFFIT HALL ( SEE NOTE 12 IN SECTION VIII) | E | K-1 DISTR | N | W | | | | | |
| 134  OPUS MEDIA PARTNERS ( SEE NOTE 12 IN SECTION VIII) | | NONE | O | W | INITIAL INVESTMENT | 9/1 | O | | |
| 135  BEAR STEARNS MERCHANT BANK II ( SEE NOTES 9 & 12 IN SECTION VIII) | F | INT/DIV/ K-1 DISTR | N | W | ADDITIONAL INVESTMENT | 4/5 | J | | |
| 136 | | | | | ADDITIONAL INVESTMENT | 4/5 | L | | |
| 137 | | | | | ADDITIONAL INVESTMENT | 5/13 | J | | |
| 138 | | | | | RETURN OF OVERFUNDING | 5/13 | J | | |
| 139 | | | | | DISTRIBUTION | 5/24 | K | | |
| 140 | | | | | ADDITIONAL INVESTMENT | 5/24 | J | | |
| 141 | | | | | ADDITIONAL INVESTMENT | 7/9 | J | | |
| 142 | | | | | RETURN OF CAPITAL | 7/9 | J | | |
| 143 | | | | | ADDITIONAL INVESTMENT | 7/9 | K | | |
| 144 | | | | | RETURN OF CAPITAL | 10/1 | K | | |
| 145 | | | | | DISTRIBUTION | 11/2 | K | | |
| 146 | | | | | ADDITIONAL INVESTMENT | 10/1 | L | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 147 | | | | | ADDITIONAL INVESTMENT | 11/2 | J | | |
| 148 | | | | | RETURN OF CAPITAL | 11/2 | J | | |
| 149 | | | | | ADDITIONAL INVESTMENT | 11/2 | J | | |
| 150 | | | | | RETURN OF CAPITAL | 11/16 | J | | |
| 151 | | | | | RETURN OF CAPITAL | 11/16 | K | | |
| 152 BIRDS EYE FOODS (FKA AGRILINK) (SEE NOTE 26 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 153 ADVANCED ORGANICS (SEE NOTE 26 IN SECTION VIII) | | NONE | K | W | RETURN OF CAPITAL | 3/24 | J | | |
| 154 BORDER MEDIA (SEE NOTE 26 IN SECTION VIII) | | NONE | N | W | INITIAL INVESTMENT | 12/10 | N | | |
| 155 AEARO (FKA CABOT SAFETY CORP) (SEE NOTE 26 IN SECTION VIII) | | NONE | M | W | SOLD | 4/20 | P1 | H1 | BEAR STEARNS MERCHANT BANK |
| 156 | | | | | NEW INVESTMENT | 4/20 | M | | |
| 157 DYNA VOX (SEE NOTE 26 IN SECTION VIII) | | NONE | M | W | INITIAL INVESTMENT | 5/12 | M | | |
| 158 | | | | | RETURN OF OVERFUNDING | 6/30 | K | | |
| 159 REDPRAIRIE CORP (FKA MCHUGH SOFTWARE) (SEE NOTE 26 IN SECTION VIII) | | NONE | M | W | | | | | |
| 160 PINNACLE AUTOMATION (SEE NOTE 13 IN SECTION VIII) | | NONE | | | RECEIVED ADDITIONAL PROCEEDS | 4/20 | J | D | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ( 1)<br>AMT CODE<br>( A - H) | ( 2)<br>TYPE | ( 1)<br>VALUE<br>CODE<br>( J - P) | ( 2)<br>VALUE<br>METHOD<br>( Q - W) | ( 1)<br>TYPE | ( 2)<br>DATE | ( 3)<br>VALUE<br>CODE<br>( J - P) | ( 4)<br>GAIN<br>CODE<br>( A - H) | ( 5)<br>IDENTITY<br>( IF<br>PRIVATE) |
| 161  VESTAR CAPITAL PARTNERS  ( I)<br>( SEE NOTES 14 & 15 IN SECTION VIII) | | NONE | J | W | | | | | |
| 162  VESTAR EQUITY PARTNERS/ASSOC. ( II)<br>( SEE NOTE 14 IN SECTION VIII) | A | K-1 DISTR | J | W | | | | | |
| 163  VESTAR CAPITAL PARTNERS/ASSOC. ( III)<br>( SEE NOTE 14 IN SECTION VIII) | | NONE | | | DISTRIBUTION | 6/11 | J | | |
| 164  VESTAR CAPITAL PARTNERS/ASSOC. ( IV & AIV)<br>( SEE NOTES  14 & 25 IN SECTION VIII) | G | K-1 DISTR | L | W | DISTRIBUTION | 8/20 | J | | |
| 165 | | | | | DISTRIBUTION | 12/23 | J | | |
| 166  CLUETT AMERICAN<br>( SEE NOTE 26 IN SECTION VIII) | C | INTEREST | N | W | ADDITIONAL INVESTMENT | 3/24 | J | | |
| 167 | | | | | ADDITIONAL INVESTMENT | 6/11 | J | | |
| 168  CONSOLIDATED CONTAINER<br>( SEE NOTE 26 IN SECTION VIII) | D | INT/DIV | P1 | W | ADDITIONAL INVESTMENT | 2/11 | L | | |
| 169 | | | | | ADDITIONAL INVESTMENT | 6/11 | J | | |
| 170  MAMCO/QAF<br>( SEE NOTE 27 IN SECTION VIII) | | NONE | | | RECEIVED FINAL DISTRIBUTION | 5/25 | M | G | |
| 171  SHERIDAN HEALTHCARE<br>( SEE NOTE 26 IN SECTION VIII) | B | INTEREST | | | SOLD | 12/15 | P1 | H1 | JW CHILDS |
| 172  SIEGEL GALE<br>( SEE NOTE 19 IN SECTION VIII) | | NONE | | | SETTLEMENT PROCEEDS | 3/24 | J | C | |
| 173  ST JOHNS KNITS<br>( SEE NOTE 26 IN SECTION VIII) | | NONE | O | W | | | | | |
| 174  TRANSMONTAIGNE | B | DIVIDEND | L | W | | | | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| ( SEE NOTE 26 IN SECTION VIII) | | | | | | | | | |
| 175　VALOR COMMUNICATIONS<br>( SEE NOTE 26 IN SECTION VIII) | G | INT/DIV | P1 | W | REDEEMED NOTES | 12/15 | M | | |
| 176 | | | | | REDEEMED NOTES | 12/22 | N | | |
| 177　ESSENT HEALTHCARE<br>( SEE NOTE 26 IN SECTION VIII) | | NONE | N | W | RETURN OF OVERFUNDING | 6/30 | J | | |
| 178　GLEASON CORP<br>( SEE NOTE 26 IN SECTION VIII) | | NONE | N | W | PARTIAL SHARE REDEMPTION | 8/20 | M | F | GLEASON BUY BACK |
| 179　MCG CREDIT CORP<br>( SEE NOTE 26 IN SECTION VIII) | D | DIVIDEND | N | W | PARTIAL SALE | 3/9 | L | E | |
| 180　MONTPELIER<br>( SEE NOTE 26 IN SECTION VIII) | | NONE | | | PARTIAL SALE | 3/9 | M | G | |
| 181 | | | | | PARTIAL SALE | 3/31 | L | E | |
| 182 | | | | | PARTIAL SALE | 4/23 | L | E | |
| 183 | | | | | SOLD | 6/11 | N | G | |
| 184 | | | | | RECEIVED ADDITIONAL PROCEEDS | 8/20 | J | D | |
| 185　OGF GROUP<br>( SEE NOTE 26 IN SECTION VIII) | | NONE | O | W | INITIAL INVESTMENT | 2/19 | O | | |
| 186　SAB WABCO<br>( SEE NOTES 26 & 44 IN SECTION VIII) | | NONE | | | RETURN OF CAPITAL | 3/9 | N | F | |
| 187 | | | | | SOLD | 12/22 | O | G | FAIVELEY TRANSPORT |
| 188　FL SELENIA<br>( SEE NOTE 26 IN SECTION VIII) | | NONE | P1 | W | | | | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| SOLO CUP COMPANY ( SEE NOTE 26 IN SECTION VIII) | | NONE | P1 | W | INITIAL INVESTMENT | 2/17 | J | | |
| | | | | | ADDITIONAL INVESTMENT | 2/18 | P1 | | |
| | | | | | RETURN OF OVERFUNDING | 5/12 | K | | |
| | | | | | RETURN OF OVERFUNDING | 6/30 | J | | |
| SUNRISE MEDICAL ( SEE NOTE 26 IN SECTION VIII) | | NONE | O | W | | | | | |
| SYMETRA FINANCIAL ( SEE NOTE 26 IN SECTION VIII) | | NONE | N | W | INITIAL INVESTMENT | 7/27 | N | | |
| WILTON RE HOLDINGS ( SEE NOTE 26 IN SECTION VIII) | | NONE | J | W | INITIAL INVESTMENT | 12/20 | J | | |
| ZANUSSI METALLURGICA ( SEE NOTE 26 IN SECTION VIII) | | NONE | M | W | | | | | |
| NEWSPAPER MEDIA/ENTERPRISE NEWSMEDIA ( SEE NOTES 1 & 16 IN SECTION VIII) | H1 | K-1 DISTR | P3 | W | | | | | |
| FLAG VENTURE PARTNERS ( SEE NOTES 9 & 12 IN SECTION VIII) | E | DIV/INT/ K-1 DISTR | P1 | W | ADDITIONAL INVESTMENT | 2/12 | M | | |
| | | | | | DISTRIBUTION | 3/24 | K | | |
| | | | | | ADDITIONAL INVESTMENT | 5/18 | M | | |
| | | | | | DISTRIBUTION | 6/28 | K | | |
| | | | | | DISTRIBUTION | 9/28 | J | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| | | | | | ADDITIONAL INVESTMENT | 10/1 | M | | |
| | | | | | DISTRIBUTION | 12/21 | J | | |
| RED ABBEY ( SEE NOTES 9 & 12 IN SECTION VIII) | A | INTEREST/ K-1 DISTR | L | W | INITIAL INVESTMENT | 6/29 | K | | |
| | | | | | ADDITIONAL INVESTMENT | 11/3 | K | | |
| SENTINEL PARTNERS LP ( SEE NOTE 47 IN SECTION VIII) | | | | | | | | | |
| SENTINEL PARTNERS II ( SEE NOTE 47 IN SECTION VIII) | | | | | | | | | |
| SENTINEL CAPITAL PARTNERS ( I) ( SEE NOTE 14, 25 & 47 IN SECTION VIII) | D | K-1 DISTR | | | | | | | |
| SENTINEL CAPITAL PARTNERS ( II) ( SEE NOTE 14 & 47 IN SECTION VIII) | G | K-1 DISTR | | | DISTRIBUTION | 7/12 | M | | |
| FALCON ( SEE NOTE 26 IN SECTION VIII) | | NONE | O | W | | | | | |
| ALEMITE HOLDINGS ( SEE NOTE 26 IN SECTION VIII) | | NONE | O | W | ADDITIONAL INVESTMENT | 6/15 | J | | |
| CASTLE DENTAL ( SEE NOTE 26 IN SECTION VIII) | | NONE | | | INITIAL INVESTMENT | 3/1 | N | | |
| | | | | | SOLD | 6/14 | P1 | G | BRIGHT NOW! DENTAL |
| FLORAL PLANT GROWERS ( SEE NOTE 26 IN SECTION VIII) | | NONE | | | SOLD | 10/29 | P1 | G | BLUE POINT CAPITAL |
| | | | | | ADDITIONAL SALE PROCEEDS | 11/9 | N | G | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 217 HASCO ( SEE NOTE 26 IN SECTION VIII) | | NONE | N | W | | | | | |
| 218 NIVEL ( SEE NOTE 26 IN SECTION VIII) | | NONE | O | W | INITIAL INVESTMENT | 3/31 | O | | |
| 219 NORSUN FOOD GROUP ( SEE NOTE 26 IN SECTION VIII) | | NONE | K | W | | | | | |
| 220 COTTMAN TRANSMISSION ( SEE NOTE 26 IN SECTION VIII) | | NONE | | | SOLD | 3/31 | P1 | H1 | AMERICAN CAPITAL |
| 221 | | | | | ADDITIONAL SALE PROCEEDS | 4/7 | M | G | |
| 222 ROMACORP ( SEE NOTE 26 IN SECTION VIII) | | NONE | P1 | W | | | | | |
| 223 BUFFETS INC ( SEE NOTE 26 IN SECTION VIII) | | NONE | O | W | DISTRIBUTION | 6/15 | N | | |
| 224 SPINRITE ( SEE NOTE 26 IN SECTION VIII) | | NONE | P1 | W | INITIAL INVESTMENT | 2/4 | O | | |
| 225 | | | | | ADDITIONAL INVESTMENT | 3/31 | O | | |
| 226 | | | | | ADDITIONAL INVESTMENT | 6/15 | L | | |
| 227 FORT HILL CAPITAL PARTNERS ( SEE NOTE 17 IN SECTION VIII) | | NONE | | | | | | | |
| 228 EVERGREEN SLATE HOLDINGS ( SEE NOTES 1 & 30 IN SECTION VIII) | | NONE | | | SOLD | 11/19 | | | VRS ACQ. CORP |
| 229 SCIENS VENTURE PARTNERS ( SEE NOTES 12 & 31 IN SECTION VIII) | E | K-1 DISTR | | | PARTNERSHIP LIQUIDATED | 4/26 | M | | |
| 230 | | | | | ADDITIONAL DISTRIBUTION | 9/8 | J | | |

| | A. | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 231 | SCIENS CAPITAL PARTNERS ( SEE NOTE 12 IN SECTION VIII) | | NONE | N | W | | | | | |
| 232 | PARK AVENUE PARTNERS ( SEE NOTE 12 IN SECTION VIII) | E | K-1 DISTR | P1 | W | ADDITIONAL INVESTMENT | 5/11 | L | | |
| 233 | | | | | | ADDITIONAL INVESTMENT | 7/27 | N | | |
| 234 | | | | | | ADDITIONAL INVESTMENT | 8/19 | J | | |
| 235 | | | | | | ADDITIONAL INVESTMENT | 9/9 | K | | |
| | OTHER INVESTMENTS: | | | | | | | | | |
| 236 | CHESAPEAKE PARTNERS ( SEE NOTE 1 IN SECTION VIII) | H1 | K-1 DISTR | P2 | U | | | | | |
| 237 | FARALLON CAPITAL PARTNERS ( SEE NOTE 32 IN SECTION VIII) | | NONE | P1 | V | INITIAL INVESTMENT | 12/28 | P1 | | |
| 238 | BLUE AND GRAY PARTNERSHIP ( SEE NOTES 1 & 28 IN SECTION VIII) | | NONE | K | V | | | | | |
| 239 | F.E. RICHARDSON & CO ( SEE NOTES 1 & 20 IN SECTION VIII) | | NONE | N | V | ADDITIONAL INVESTMENT | 1/20 | K | | |
| 240 | | | | | | ADDITIONAL INVESTMENT | 2/5 | K | | |
| 241 | | | | | | ADDITIONAL INVESTMENT | 5/17 | K | | |
| 242 | | | | | | ADDITIONAL INVESTMENT | 5/28 | K | | |
| 243 | | | | | | ADDITIONAL INVESTMENT | 6/4 | K | | |
| 244 | | | | | | ADDITIONAL INVESTMENT | 7/23 | K | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A-H) | (2) TYPE | (1) VALUE CODE (J-P) | (2) VALUE METHOD (Q-W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J-P) | (4) GAIN CODE (A-H) | (5) IDENTITY (IF PRIVATE) |
| 245 | | | | | ADDITIONAL INVESTMENT | 8/25 | K | | |
| 246 RACE HORSES | | NONE | L | W | | | | | |
| 247 VINEYARD PARTNERS ( SEE NOTES 1 & 18 IN SECTION VIII) | | NONE | | | RECEIVED FINAL DISTRIBUTION | 3/31 | M | G | |
| 248 OP40 INC ( SEE NOTE 7 IN SECTION VIII) | | NONE | L | W | | | | | |
| 249 URBAN COWBOY ( SEE NOTE 33 IN SECTION VIII) | | NONE | | | | | | | |
| 250 OMNIA FUND | | NONE | N | U | | | | | |
| 251 OSCAR S SCHAFER PARTNERS II ( SEE NOTES 1 & 35 IN SECTION VIII) | E | K-1 DISTR | P1 | V | ADDITIONAL INVESTMENT | 12/31 | P1 | | |
| 252 VANTIS PARTNERS II ( SEE NOTES 1 & 34 IN SECTION VIII) | E | K-1 DISTR | P1 | V | | | | | |
| **PROFIT SHARING PLAN FUNDS:** | | | | | | | | | |
| 253 --- ING GOLDMAN SACHS CORE EQUITY ( FKA GOLDMAN SACHS CORE U.S.E.) | | NONE | M | T | | | | | |
| 254 --- AIM BALANCED | | NONE | | | SOLD | 11/15 | L | | |
| 255 --- AMERICAN BALANCED FUND | | NONE | L | T | PURCHASED | 11/15 | L | | |
| 256 GOLDMAN SACHS INST ASSETS FEDL PORTFOLIO #4 ( FKA GOLDMAN SACHS CASH/MM) | A | DIVIDEND | J | .T | | | | | |
| 257 CITIBANK INTEREST CHECKING ACCOUNT #2 | A | INTEREST | J | T | ACCOUNT OPENED | 5/14 | J | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 258  ENTERPRISE NEWSMEDIA, INC.<br>( SEE NOTES 1 & 21 IN SECTION VIII) | E | K-1 DISTR | M | V | | | | | |
| 259  ABBOTT LABORATORIES COMMON STOCK | A | DIVIDEND | K | T | SPIN OFF HOSPIRA, INC<br>( SEE LINE 266 BELOW) | 5/3 | J | | |
| 260  AUTOMATIC DATA PROCESSING INC COMMON STOCK | A | DIVIDEND | L | T | | | | | |
| 261  BANK OF AMERICA COMMON STOCK | C | DIVIDEND | L | T | | | | | |
| 262  COCA COLA CO COMMON STOCK | B | DIVIDEND | L | T | | | | | |
| 263  GEN PROBE INC COMMON STOCK | | NONE | K | T | PURCHASE | 6/30 | L | | |
| 264 | | | | | PARTIAL SALE | 7/8 | L | | |
| 265  HOME DEPOT INC COMMON STOCK | A | DIVIDEND | M | T | | | | | |
| 266  HOSPIRA, INC COMMON STOCK | | NONE | J | T | SPIN OFF FROM ABBOTT LABS<br>( SEE LINE 259 ABOVE) | 5/3 | J | | |
| 267  JOHNSON & JOHNSON COMMON STOCK | B | DIVIDEND | L | T | | | | | |
| 268  LUCENT TECHNOLOGIES CONV PREFD<br>( SEE NOTE 40 IN SECTION VIII) | A | SETTLMNT | J | T | LITIGATION SETTLEMENT | 12/10 | J | | |
| 269  MEDTRONIC COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 270  STATE STREET CORPORATION COMMON STOCK | A | DIVIDEND | K | T | | | | | |
| 271  STRYKER CORP COMMON STOCK | A | DIVIDEND | L | T | | | | | |
| 272  SYSCO CORP COMMON STOCK | A | DIVIDEND | K | T | | | | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 273 TYCO INT'L COMMON STOCK | A | DIVIDEND | K | T | PURCHASE | 6/30 | L | | |
| 274 | | | | | PARTIAL SALE | 7/8 | K | | |
| 275 UNITED TECHNOLOGIES CORP COMMON STOCK | B | DIVIDEND | M | T | | | | | |
| 276 RENTAL PROPERTY #1 - SEWICKLEY, PA<br>( SEE NOTE 22 IN SECTION VIII) | | NONE | M | V | | | | | |
| 277 RENTAL PROPERTY #2 - BLUE HILL, MAINE<br>( SEE NOTE 22 IN SECTION VIII) | | NONE | L | V | | | | | |
| 278 RENTAL PROPERTY PNC CHECKING ACCOUNT  ( X)<br>( SEE NOTE 22 IN SECTION VIII) | | NONE | J | T | | | | | |
| 279 TRUST #1   ( SEE NOTE 23 IN SECTION VIII) | D | DIVIDEND | | | | | | | |
| 280 --- GOLDMAN SACHS INST ASSETS FEDL PORTFOLIO #5<br>( FKA GOLDMAN, SACHS BROKERAGE CASH/MM A/C) | | | | | | | | | |
| 281 --- ABBOTT LABORATORIES COMMON STOCK | | | | | SPIN OFF HOSPIRA, INC<br>( SEE LINE 287 BELOW) | 5/3 | J | | |
| 282 --- ANHEUSER BUSCH COS INC COMMON STOCK | | | | | | | | | |
| 283 --- AUTOMATIC DATA PROCESSING COMMON STOCK | | | | | | | | | |
| 284 --- BANK OF AMERICA CORP COMMON STOCK | | | | | | | | | |
| 285 --- GEN PROBE INC COMMON STOCK | | | | | PURCHASE | 6/30 | L | | |
| 286 --- HOME DEPOT INC COMMON STOCK | | | | | | | | | |
| 287 --- HOSPIRA, INC COMMON STOCK | | | | | SPIN OFF FROM ABBOTT LABS | 5/3 | J | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| | | | | | (SEE LINE 281 ABOVE) | | | | |
| --- JOHNSON & JOHNSON COMMON STOCK | | | | | | | | | |
| --- MEDTRONIC INC COMMON STOCK | | | | | | | | | |
| --- STATE STREET CORP COMMON STOCK | | | | | | | | | |
| --- SYSCO CORP COMMON STOCK | | | | | | | | | |
| --- TYCO INT'L COMMON STOCK | | | | | PURCHASE | 6/30 | L | | |
| --- WHITE MTNS INS GROUP COMMON STOCK | | | | | | | | | |
| --- PLUM CREEK TIMBER CO INC STOCK | | | | | | | | | |
| TRUST #2 (SEE NOTE 24 IN SECTION VIII) | D | INTEREST | L | V | | | | | |
| --- US LIFE INSURANCE CO UNIVERSAL LIFE POLICY | | | | | | | | | |
| TRUST #3 (SEE NOTE 36 IN SECTION VIII) | D | DIVIDEND | O | T | | | | | |
| --- GOLDMAN SACHS INST ASSETS FEDL PORTFOLIO #6<br>(FKA GOLDMAN, SACHS BROKERAGE CASH/MM A/C) | | | | | | | | | |
| --- ABBOTT LABORATORIES COMMON STOCK | | | | | SPIN OFF HOSPIRA, INC<br>(SEE LINE 306 BELOW) | 5/3 | J | | |
| --- ANHEUSER BUSCH COS INC COMMON STOCK | | | | | | | | | |
| --- AUTOMATIC DATA PROCESSING COMMON STOCK | | | | | | | | | |
| --- BANK OF AMERICA CORP COMMON STOCK | | | | | | | | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 303 — GEN PROBE INC COMMON STOCK | | | | | PURCHASE | 6/30 | L | | |
| 304 | | | | | PARTIAL SALE | 7/8 | L | | |
| 305 --- HOME DEPOT INC COMMON STOCK | | | | | | | | | |
| 306 --- HOSPIRA, INC COMMON STOCK | | | | | SPIN OFF FROM ABBOTT LABS<br>( SEE LINE 299 ABOVE) | 5/3 | J | | |
| 307 --- JOHNSON & JOHNSON  COMMON STOCK | | | | | | | | | |
| 308 --- LUCENT TECHNOLOGIES CONV PREFD<br>( SEE NOTE 40 IN SECTION VIII) | | | | | LITIGATION SETTLEMENT | 12/10 | J | | |
| 309 --- MEDTRONIC INC COMMON STOCK | | | | | | | | | |
| 310 --- SYSCO CORP COMMON STOCK | | | | | | | | | |
| 311 --- TYCO INT'L COMMON STOCK | | | | | PURCHASE | 6/30 | L | | |
| 312 | | | | | PARTIAL SALE | 7/8 | K | | |
| 313 --- WHITE MTNS INS GROUP COMMON STOCK | | | | | | | | | |
| 314 --- PLUM CREEK TIMBER CO INC STOCK | | | | | | | | | |
| 315 TRUST #4  ( SEE NOTE 37 IN SECTION VIII) | G | INT/DIV | P2 | T | | | | | |
| 316 --- BLACKROCK LIQUIDITY FUNDS | | | | | | | | | |
| MUNICIPAL BONDS:<br>317 --- ARIZONA ST UNIV REVS | | | | | | | | | |
| 318 --- BRENTWOOD BORO PA SCH DIST | | | | | | | | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 319 --- FLORIDA ST DEPT CORRECTIONS | | | | | | | | | |
| 320 --- HOUSTON TEX UTIL SYS REV | | | | | | | | | |
| 321 --- KING CNTY WASH | | | | | | | | | |
| 322 --- ORANGE WTR & SWR AUTH NC | | | | | | | | | |
| 323 --- SOUTHERN ILL UNIV CTFS PARTN | | | | | | | | | |
| 324 --- TURLOCK CALIF IRR DIST REV | | | | | | | | | |
| COMMON STOCKS: | | | | | | | | | |
| 325 --- CATERPILLAR INC | | | | | PARTIAL SALE | 8/31 | N | A | |
| 326 --- GENERAL ELECTRIC CO | | | | | PARTIAL SALE | 8/31 | O | | |
| 327 --- HONEYWELL INTL INC | | | | | | | | | |
| 328 --- PITNEY BOWES INC | | | | | PARTIAL SALE | 8/31 | N | D | |
| 329 --- TYCO INTL LTD | | | | | | | | | |
| 330 --- GENERAL MOTORS CORP | | | | | SOLD | 8/31 | M | | |
| 331 --- OMNICOM GROUP INC | | | | | SOLD | 8/31 | M | | |
| 332 --- SONIC CORP | | | | | | | | | |
| 333 --- ALTRIA GROUP INC | | | | | PARTIAL SALE | 8/31 | P1 | F | |
| 334 --- COSTCO WHOLESALE CORP | | | | | | | | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 335 --- DEL MONTE FOODS CO | | | | | SOLD | 8/31 | K | A | |
| 336 --- HEINZ H J CO | | | | | SOLD | 8/31 | N | D | |
| 337 --- PROCTER & GAMBLE CO | | | | | PARTIAL SALE | 8/31 | O | E | |
| 338 --- PROCTER & GAMBLE OPTIONS | | | | | | | | | |
| 339 --- WAL-MART STORES INC | | | | | | | | | |
| 340 --- BP PLC | | | | | PARTIAL SALE | 8/31 | K | | |
| 341 --- CONOCOPHILLIPS | | | | | | | | | |
| 342 --- EXXON MOBIL CORP | | | | | | | | | |
| 343 --- ALLSTATE CORP | | | | | PARTIAL SALE | 8/31 | M | A | |
| 344 --- AMERICAN INTERNATIONAL GROUP INC | | | | | | | | | |
| 345 --- FANNIE MAE | | | | | SOLD | 8/31 | O | E | |
| 346 --- FIFTH THIRD BANCORP | | | | | SOLD | 8/31 | L | | |
| 347 --- MBIA INC | | | | | SOLD | 8/31 | L | B | |
| 348 --- MBNA CORP | | | | | PARTIAL SALE | 8/31 | K | | |
| 349 --- MORGAN STANLEY | | | | | SOLD | 8/31 | N | E | |
| 350 --- DOW CHEMICAL CO | | | | | SOLD | 8/31 | M | E | |
| 351 --- DUPONT E I DE NEMOURS & CO | | | | | SOLD | 8/31 | O | D | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 352 --- INTERNATIONAL PAPER CO | | | | | SOLD | 8/31 | O | | |
| 353 --- PPG INDUSTRIES INC | | | | | SOLD | 8/31 | M | C | |
| 354 --- APPLIED MATERIALS INC | | | | | | | | | |
| 355 --- AUTOMATIC DATA PROCESSING INC | | | | | | | | | |
| 356 --- DELL INC | | | | | PARTIAL SALE | 8/31 | M | | |
| 357 --- FIRST DATA CORP | | | | | | | | | |
| 358 --- MICROSOFT CORP | | | | | | | | | |
| 359 --- NOKIA CORP | | | | | SOLD | 8/31 | K | A | |
| 360 --- FPL GROUP | | | | | | | | | |
| 361 --- BRISTOL MYERS SQUIBB CO | | | | | PARTIAL SALE | 8/31 | O | C | |
| 362 --- CARDINAL HEALTH INC | | | | | SOLD | 8/31 | L | A | |
| 363 --- JOHNSON & JOHNSON | | | | | | | | | |
| 364 --- MEDCO HEALTH SOLUTIONS INC | | | | | | | | | |
| 365 --- MERCK & CO INC | | | | | PARTIAL SALE | 8/31 | P1 | | |
| 366 --- MERCK & CO OPTIONS | | | | | | | | | |
| 367 --- QUEST DIAGNOSTICS INC | | | | | SOLD | 8/31 | M | C | |
| 368 --- ZIMMER HOLDINGS | | | | | SOLD | 8/31 | N | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 369 --- SBC COMMUNCATIONS INC | | | | | PARTIAL SALE | 8/31 | K | A | |
| 370 --- VERIZON COMMUNCATIONS | | | | | PARTIAL SALE | 8/31 | M | C | |
| 371 --- ARIBA INC | | | | | SOLD | 8/31 | J | | |
| 372 --- ISHARES TR - S&P SMALLCAP 600 INDEX FUND | | | | | PARTIAL SALE | 8/31 | M | A | |
| 373 --- MIDCAP SPDR TR STANDARD & POORS | | | | | PARTIAL SALE | 8/31 | N | A | |
| 374 --- NOTES RECEIVABLE - VARIOUS | | | | | | | | | |
| 375 --- ING GROEP N V | | | | | RECEIVED FROM SUB-ACCOUNT ( SEE LINE 396 BELOW) | 10/20 | J | | |
| 376 | | | | | SOLD | 10/21 | J | | |
| 377 SUB-ACCOUNT TO TRUST #4: ( SEE NOTE 37 IN SECTION VIII) | B | INT/DIV | | | | | | | |
| 378 --- BLACKROCK LIQUIDITY FUNDS | | | | | SOLD | 10/29 | J | | |
| 379 --- INTERCONTINETAL HOT | | | | | SOLD | 9/1 | J | | |
| 380 --- MATSUSHITA ELECTRIC INDUSTRIAL | | | | | SOLD | 9/1 | J | A | |
| 381 --- REED ELSEVIER NV | | | | | SOLD | 9/1 | J | A | |
| 382 --- TOYOTA MTR CORP | | | | | SOLD | 9/1 | J | A | |
| 383 --- FOSTERS GROUP LTD | | | | | SOLD | 9/1 | J | | |
| 384 --- BG GROUP PLC | | | | | SOLD | 9/1 | J | A | |

| | A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 385 | --- BP PLC | | | | | SOLD | 9/1 | J | A | |
| 386 | --- RWE AG | | | | | SOLD | 9/1 | J | A | |
| 387 | --- ROYAL DUTCH PETE CO | | | | | SOLD | 9/1 | J | A | |
| 388 | --- SASOL LTD | | | | | SOLD | 9/1 | J | A | |
| 389 | --- TOTAL S A | | | | | SOLD | 9/1 | J | A | |
| 390 | --- ABBEY NATIONAL PLC | | | | | SOLD | 9/1 | J | A | |
| 391 | --- BANCO SANTANDER CENT HISPANO | | | | | SOLD | 9/1 | J | A | |
| 392 | --- FORTIS | | | | | SOLD | 9/1 | J | A | |
| 393 | --- ING GROEP N V | | | | | SOLD | 9/1 | J | A | |
| 394 | | | | | | RECEIVED STOCK DIVIDEND | 9/17 | J | | |
| 395 | | | | | | SOLD PARTIAL SHARE | 9/17 | J | | |
| 396 | | | | | | TRANSFERRED TO MAIN ACCOUNT<br>( SEE LINE 375 ABOVE) | 10/20 | J | | |
| 397 | --- NATIONAL AUSTRALIA BANK LTD | | | | | SOLD | 9/1 | J | A | |
| 398 | --- SOCIETE GENERALE FRANCE | | | | | SOLD | 9/1 | J | A | |
| 399 | --- BAYER A G | | | | | SOLD | 9/1 | J | | |
| 400 | --- RIO TINTO PLC | | | | | SOLD | 9/1 | J | A | |
| 401 | --- UPM KYMMENE CORP | | | | | SOLD | 9/1 | J | A | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION OF ASSETS | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 402 --- CANON INC | | | | | SOLD | 9/1 | J | | |
| 403 --- HITACHI LTD | | | | | SOLD | 9/1 | J | A | |
| 404 --- ENDESA S A | | | | | SOLD | 9/1 | J | A | |
| 405 --- HONGKONG ELEC HLDGS LTD | | | | | SOLD | 9/1 | J | A | |
| 406 --- NATIONAL GRID TRANSCO PLC | | | | | SOLD | 9/1 | J | A | |
| 407 --- AMCOR LTD | | | | | SOLD | 9/1 | J | A | |
| 408 --- BOOTS CO PLC | | | | | SOLD | 9/1 | J | A | |
| 409 --- GLAXO SMITHKLINE | | | | | SOLD | 9/1 | J | A | |
| 410 --- TELECOM CORP NEW ZEALAND LTD | | | | | SOLD | 9/1 | J | | |
| 411 --- TELEFONICA S A | | | | | SOLD | 9/1 | J | A | |
| 412 --- TELSTRA LTD | | | | | SOLD | 9/1 | J | | |
| 413 --- BAYERISCHE HYPO UND | | | | | SOLD | 9/1 | J | A | |
| 414 --- CHUNGWA TELECOM CO LTD | | | | | SOLD | 9/1 | J | A | |
| 415 --- EISAI LTD | | | | | SOLD | 9/1 | J | | |
| 416 --- LLOYDS TSB GROUP PLC | | | | | SOLD | 9/1 | J | A | |
| 417 --- MILLEA HOLDINGS INC | | | | | SOLD | 9/1 | J | | |
| 418 --- MITCHELLS & BUTLERS PLC | | | | | SOLD | 9/1 | J | | |

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | INCOME DURING REPORTING PERIOD | | GROSS VALUE AT END OF REPORTING PERIOD | | TRANSACTIONS DURING REPORTING PERIOD | | | | |
| DESCRIPTION OF ASSETS | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 419 --- POSCO | | | | | SOLD | 9/1 | J | A | |
| 420 TRUST #5 ( SEE NOTE 38 IN SECTION VIII) | G | INT/DIV | P1 | T | | | | | |
| 421 --- BLACKROCK FUNDS MONEY MARKET INST | | | | | SOLD | 6/30 | P1 | | |
| 422 --- BLACKROCK LIQUIDITY FUNDS | | | | | PURCHASE | 6/30 | M | | |
| MUNICIPAL BONDS: | | | | | | | | | |
| 423 --- ARIZONA ST UNIV REVS REF-SYS | | | | | PURCHASE | 6/22 | M | | |
| 424 --- FLORIDA ST DEPT CORRECTIONS | | | | | PURCHASE | 6/3 | L | | |
| 425 --- HOUSTON TEX UTIL SYS REV REF-COMB-SER A | | | | | PURCHASE | 6/10 | M | | |
| 426 --- JANESVILLE WIS PROM NTS | | | | | PURCHASE | 7/1 | M | | |
| 427 --- KING CNTY WASH PUB TRANSN SALES TAX | | | | | PURCHASE | 6/8 | M | | |
| 428 --- MARION CNTY IND CONVENTION & RECTL FACS SER A | | | | | PURCHASE | 6/2 | L | | |
| 429 --- SOUTHERN ILL UNIV CTFS PARTN CAP IMPR SER A | | | | | PURCHASE | 6/17 | M | | |
| 430 --- TURLOCK CALIF IRR DIST REV REF SER A | | | | | PURCHASE | 6/3 | M | | |
| 431 --- UNIVERSITY OKLA STUDENT HSG | | | | | PURCHASE | 7/15 | M | | |
| 432 --- UNIV UTAH REVS SER A | | | | | PURCHASE | 6/30 | M | | |
| COMMON STOCKS: | | | | | | | | | |
| 433 --- GENERAL ELECTRIC CO | | | | | | | | | |
| 434 --- UNITED TECHNOLOGIES CORP | | | | | | | | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 435  --- HOME DEPOT INC | | | | | | | | | |
| 436  --- OMNICOM GROUP INC | | | | | PURCHASE | 1/15 | K | | |
| 437 | | | | | SOLD | 8/31 | J | | |
| 438  --- KOHLS CORP | | | | | SOLD | 1/12 | K | | |
| 439  --- KRAFT FOODS INC | | | | | SOLD | 2/18 | K | | |
| 440  --- SYSCO CORP | | | | | | | | | |
| 441  --- WAL-MART STORES INC | | | | | | | | | |
| 442  --- CHEVRONTEXACO CORP | | | | | | | | | |
| 443  --- SCHLUMBERGER LTD | | | | | SOLD | 8/31 | M | | |
| 444  --- FEDERAL HOME LOAN MTG CORP | | | | | SOLD | 8/31 | L | C | |
| 445  --- MORGAN STANLEY | | | | | SOLD | 8/31 | M | D | |
| 446  --- PNC FINANCIAL SERVICES GROUP INC | | | | | | | | | |
| 447  --- WASHINGTON MUTUAL INC | | | | | PURCHASE | 2/23 | K | | |
| 448 | | | | | SOLD | 8/31 | K | | |
| 449  --- WELLS FARGO & COMPANY | | | | | SOLD | 8/31 | K | A | |
| 450  --- APPLIED MATERIALS INC | | | | | SOLD | 8/31 | K | | |
| 451  --- AUTOMATIC DATA PROCESSING INC | | | | | PURCHASE | 2/23 | K | | |

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 452 --- CISCO SYSTEMS INC | | | | | | | | | |
| 453 --- E M C CORP | | | | | PURCHASE | 2/23 | K | | |
| 454 | | | | | SOLD | 8/31 | K | | |
| 455 --- MICROSOFT CORP | | | | | SOLD | 8/31 | K | | |
| 456 ---.ORACLE CORP | | | | | SOLD | 8/31 | L | | |
| 457 --- FPL GROUP INC | | | | | | | | | |
| 458 — BRISTOL MYERS SQUIBB CO | | | | | SOLD | 8/31 | L | A | |
| 459 --- LILLY ELI & CO | | | | | SOLD | 8/31 | M | | |
| 460 --- MEDCO HEALTH SOLUTIONS INC | | | | | PURCHASE | 2/23 | J | | |
| 461 | | | | | SOLD | 8/31 | K | | |
| 462 --- MERCK & CO INC | | | | | SOLD | 8/31 | L | | |
| 463 --- PFIZER INC | | | | | | | | | |
| 464 — WYETH | | | | | SOLD | 8/31 | M | D | |
| 465 --- ZIMMER HOLDINGS | | | | | SOLD | 8/31 | M | | |
| 466 --- VERIZON COMMUNICATIONS | | | | | SOLD | 8/31 | M | C | |
| 467 --- PPG INDUSTRIES INC | | | | | SOLD | 8/31 | P1 | E | |

MUTUAL FUNDS

| A.<br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 468   --- BLACKROCK FUNDS PA TAX FREE INCOME | | | | | SOLD | 5/24 | O | | |
| 469   --- SCUDDER SHORT TERM MUNICIPAL BOND FUND | | | | | SOLD | 5/24 | M | | |
| 470   TRUST #8  ( SEE NOTE 38 IN SECTION VIII) | D | INT/DIV | P1 | T | | | | | |
| 471   --- BLACKROCK FUNDS MONEY MARKET INST | | | | | SOLD | 6/30 | J | | |
| 472   --- BLACKROCK LIQUIDITY FUNDS | | | | | PURCHASE | 6/30 | J | | |
| COMMON STOCKS: | | | | | | | | | |
| 473   --- GENERAL ELECTRIC CO | | | | | | | | | |
| 474   --- UNITED TECHNOLOGIES CORP | | | | | PURCHASE | 2/23 | K | | |
| 475   --- HOME DEPOT | | | | | | | | | |
| 476   --- OMNICOM GROUP INC | | | | | | | | | |
| 477   --- COSTCO WHOLESALE CORP | | | | | | | | | |
| 478   --- SYSCO CORP | | | | | PURCHASE | 2/23 | J | | |
| 479   --- WAL-MART STORES INC | | | | | | | | | |
| 480   --- CONOCOPHILLIPS | | | | | PURCHASE | 2/23 | K | | |
| 481   --- AMERICAN INTERNATIONAL GROUP INC | | | | | | | | | |
| 482   --- FEDERAL HOME LOAN MTG CORP | | | | | | | | | |
| 483   --- CISCO SYSTEMS INC | | | | | | | | | |
| 484   --- DELL INC | | | | | | | | | |

| A.<br><br>DESCRIPTION OF ASSETS | B.<br>INCOME DURING<br>REPORTING PERIOD | | C.<br>GROSS VALUE AT<br>END OF REPORTING<br>PERIOD | | D.<br><br>TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>AMT CODE<br>(A - H) | (2)<br>TYPE | (1)<br>VALUE<br>CODE<br>(J - P) | (2)<br>VALUE<br>METHOD<br>(Q - W) | (1)<br>TYPE | (2)<br>DATE | (3)<br>VALUE<br>CODE<br>(J - P) | (4)<br>GAIN<br>CODE<br>(A - H) | (5)<br>IDENTITY<br>(IF<br>PRIVATE) |
| 485 --- E M C CORP | | | | | | | | | |
| 486 --- MICROSOFT CORP | | | | | | | | | |
| 487 -- ORACLE CORP | | | | | | | | | |
| 488 --- TEXAS INSTRUMENTS INC | | | | | | | | | |
| 489 --- FPL GROUP INC | | | | | | | | | |
| 490 --- JOHNSON & JOHNSON | | | | | | | | | |
| 491 --- LILLY. ELI & CO | | | | | | | | | |
| 492 --- MEDTRONIC INC | | | | | | | | | |
| 493 --- ZIMMER HOLDINGS | | | | | | | | | |
| 494 --- SBC COMMUNCATIONS INC | | | | | | | | | |
| MUTUAL FUNDS: | | | | | | | | | |
| 495 -- ISHARES TR - S&P SMALLCAP 600 INDEX FUND | | | | | | | | | |
| 496 --- MIDCAP SPDR TR STANDARD & POORS | | | | | | | | | |
| 497 TRUST #7 (SEE NOTE 38 IN SECTION VIII) | E | DIV/INT | P1 | T | | | | | |
| 498 --- BLACKROCK FUNDS MONEY MARKET INST | | | | | SOLD | 6/30 | J | | |
| 499 -- BLACKROCK LIQUIDITY FUNDS | | | | | PURCHASE | 6/30 | J | | |
| COMMON STOCKS: | | | | | | | | | |
| 500 --- GENERAL ELECTRIC CO | | | | | | | | | |
| 501 -- UNITED PARCEL SERVICE | | | | | | | | | |
| 502 -- HOME DEPOT INC | | | | | | | | | |

| A. | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION OF ASSETS | ( 1) AMT CODE ( A - H) | ( 2) TYPE | ( 1) VALUE CODE ( J - P) | ( 2) VALUE METHOD ( Q - W) | ( 1) TYPE | ( 2) DATE | ( 3) VALUE CODE ( J - P) | ( 4) GAIN CODE ( A - H) | ( 5) IDENTITY ( IF PRIVATE) |
| 503 --- OMNICOM GROUP INC | | | | | | | | | |
| 504 --- VIACOM INC | | | | | | | | | |
| 505 --- COCA COLA CO | | | | | | | | | |
| 506 --- SYSCO CORP | | | | | | | | | |
| 507 --- WAL-MART STORES INC | | | | | | | | | |
| 508 --- ROYAL DUTCH PETE CO | | | | | | | | | |
| 509 --- SCHLUMBERGER LTD | | | | | | | | | |
| 510 --- AMERICAN INTERNATIONAL GROUP INC | | | | | | | | | |
| 511 --- BERKLEY W R CORP | | | | | PURCHASE | 2/23 | J | | |
| 512 --- FANNIE MAE | | | | | | | | | |
| 513 --- MORGAN STANLEY | | | | | | | | | |
| 514 --- WELLS FARGO & COMPANY | | | | | | | | | |
| 515 --- AUTOMATIC DATA PROCESSING INC | | | | | | | | | |
| 516 --- CISCO SYSTEMS INC | | | | | | | | | |
| 517 --- FIRST DATA CORP | | | | | PURCHASE | 2/23 | J | | |
| 518 --- INTEL CORP | | | | | PARTIAL SALE | 2/18 | K | D | |
| 519 --- MICROSOFT CORP | | | | | | | | | |
| 520 --- ORACLE CORP | | | | | | | | | |

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING PERIOD | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A - H) | (2) TYPE | (1) VALUE CODE (J - P) | (2) VALUE METHOD (Q - W) | (1) TYPE | (2) DATE | (3) VALUE CODE (J - P) | (4) GAIN CODE (A - H) | (5) IDENTITY (IF PRIVATE) |
| 521 --- FPL GROUP INC | | | | | | | | | |
| 522 --- AMGEN INC | | | | | | | | | |
| 523 --- BECTON DICKINSON & CO | | | | | PURCHASE | 2/23 | J | | |
| 524 --- JOHNSON & JOHNSON | | | | | | | | | |
| 525 --- WYETH | | | | | | | | | |
| 526 --- ZIMMER HOLDINGS | | | | | | | | | |
| 527 --- VERIZON COMMUNICATIONS INC | | | | | | | | | |
| **MUTUAL FUNDS:** | | | | | | | | | |
| 528 --- ISHARES TR S&P SMALLCAP 600 INDEX FUND | | | | | PURCHASE | 2/23 | J | | |
| 529 --- MIDCAP SPDR TR STANDARD & POORS | | | | | PURCHASE | 2/23 | K | | |
| 530 **ESTATE ACCOUNT ( SEE NOTE 39 IN SECTION VIII)** | A | INT/DIV | L | T | OPENED | 8/4 | | | |
| 531 --- BLACKROCK LIQUIDITY FUNDS | | | | | PURCHASE | 8/10 | J | | |
| 532 --- OTHER PERSONALTY | | | | | RECEIVED INTO TRUST | 10/29 | L | | |
| 533 RECEIVABLE FROM U.S. TREASURY ( SEE NOTE 41 IN SECTION VIII) | B | INTEREST | | | RECEIVED FUNDS | 5/12 | J | | |

ADS - 5/11/2005
DISK: 04 DISCLOSURE  FILE:04DISCL

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

See attached

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | WOOD, KIMBA M | 5/12/2005 |

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

See attached

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS

### NOTE 1

If the reporting family had either a partial withdrawal or no withdrawal from this S corporation or partnership during the reporting year, all K-1 activity (interest, dividends, capital gains, ordinary income, etc.) was netted together, and, if that net figure was larger than the required income threshold, it was included in Column B.(1) with Column B.(2) noting "K-1 DISTR" (K-1 Distribution). If the K-1 activity netted to a loss, then Column B.(1) was left blank and "NONE" was included in Column B.(2).

If the reporting family either sold or fully withdrew from this S corporation or partnership during the reporting year, the capital gain amount is included in Column D along with other transaction details. The remaining K-1 figures were netted together, and if larger than the required income threshold, included in Column B.(1) with Column B.(2) noting "K-1 DISTR".

Both of the above approaches were obtained from Mr. George Reynolds, Financial Disclosure Examiner.

### NOTE 2

This bond is a zero coupon bond. Therefore, there is no interest paid to the holder. However, the financial institution does report Original Issue Discount (OID) to the holder and that is the amount that is included on this report.

### NOTE 3

The filer received a replacement check for a dividend paid in a prior year. Since the filer included the original payment in a prior year, to avoid double counting, she did not include the replacement check when determining the 2004 income code. If the filer had included the replacement check, the code would have changed from A to B.

### NOTE 4

All dividends/distributions were reinvested in the fund.

### NOTE 5

This is an investment account with a core cash account attached. The reporting family invested most of the funds in individual stocks/mutual funds (all listed separately on this report). Neither the income nor the cash balance at year-end met the threshold for reporting. However, since there are other reportable accounts at this financial institution, this account is deemed reportable.

**NOTE 6**
The reporting family (as trustee) donated shares of Abbott Laboratories, Hospira, MBNA and Merck & Co. to its Foundation. The value code recorded for the transaction is based on the fair market value of the shares on the date of donation. The gain shown in Column D.(4) is based on the difference between the original purchase price and the market value of the shares on the date of donation.

The Foundation subsequently sold some of the shares it received from the Trustee and recognized its gain/loss. As with investments held personally by the reporting family, the gain/loss on the Foundation's stock sales is calculated on a book basis not a tax basis.

**NOTE 7**
The reporting family invests in many non-public companies. The estimated market values used for all such investments are based upon ████████ knowledge of the worth of such companies, ██ discussions with the companies' management and company issued reports.

**NOTE 8**
Some of the investments in non-public companies include an equity piece and a debt piece (note receivable). The two pieces are not reported separately in Section VII because the valuations of the companies already include both pieces.

**NOTE 9**
For those entities which issued K-1s, if the K-1 netted to a loss but there was another source of income from the entity, the source of the other income is listed instead of "NONE". If there was K-1 income and an additional source of income, both amounts were summed to determine the code for Column B.(1) and both types of income were noted in Column B.(2).

**NOTE 10**
The filer's spouse deemed this investment worthless as of the end of 2004. Therefore, there is no year-end value code reported.

**NOTE 11**
In a prior year, New River/Beavertown went through a restructuring in which investors had to put up cash as collateral to secure Letters of Credit/Lines of Credit for the company. The cash is kept in an escrow account. Interest is paid to each investor based upon the amount of cash they funded in the escrow account.

Due to the declining worth of the company, the reporting family deemed the asset worthless in 2003. Therefore, there is no value code/method listed in Column C.

**NOTE 12**

The reporting family is a limited partner in this entity. Since the reporting family cannot "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity", Financial Disclosure Filing Instructions, page 35, the assets held by the partnership are not reportable.

If the partnership had a capital call for an investment in a specific company, "ADDITIONAL INVESTMENT" is noted in Column D.(1). The name of the underlying company is not listed. Further, if the partnership sold one of its investments and returned funds to the reporting family, "DISTRIBUTION" is listed in Column D.(1). Neither the name of the underlying company nor the gain amount is listed.

The entity's K-1 is considered the source document for all income from this investment (including capital gains/losses). All K-1 activity was netted together and if greater than the required income threshold, included in Column B.(1) with Column B.(2) noting "K-1 DISTR". If the K-1 activity netted to a loss, then Column B.(1) was left blank and "NONE" was included in Column B.(2).

**NOTE 13**

This company was sold in February, 2000. In April, 2004, the reporting family received additional sale proceeds that had been held in escrow. All funds received represented additional gain.

**NOTE 14**

There are several Vestar and Sentinel Partnerships (See Lines 161-165 and 209-210 in Section VII). The companies they own are all listed separately on this report because the ███████████ "can direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity," Financial Disclosure Filing Instructions, page 35.

In each of the Vestar and Sentinel Funds, the reporting family has limited partner (LP) and general partner (GP) interests (each interest is housed in a different partnership). For purposes of this report, the K-1 information for the LP/GP interests of each Fund is combined and included on one line. This approach matches the way the Funds' portfolio companies are included on this report (the GP/LP interests are both included when determining the value code for Column C.(1)).

Each year, the reporting family receives a K-1 from each of the partnerships. The K-1s summarize all of the ordinary income (loss), portfolio income, capital gains/losses, etc., for all of the underlying companies. To avoid double counting, if an underlying company was sold, the capital gain/loss is included on the line where the actual company is listed and is excluded from the K-1 income reported in Column B.(1) for each of the partnerships.

The remaining K-1 items were netted together; if the net amount was larger than the required income threshold, that amount was included in Column B.(1) with Column B.(2) noting "K-1 DISTR". If the K-1 activity netted to a loss, then "NONE" is included in Column B.(2). As a result, since all K-1 activity is accounted for at the partnership level, the underlying companies which are listed separately do not show any income in Column B.(1) (unless there is an item that is not included in the K-1).

Neither Vestar Capital III nor any of the Sentinel Partnerships had a value on the reporting family's books as of the end of 2004. Therefore, there is no market value reported in Column C. Because the Partnerships' portfolio companies are listed separately on this report and on the reporting family's books, the partnerships themselves sometimes show no market value.

## NOTE 15
Vestar Capital Partners (I) issued its final K-1 in 1999. Therefore, the partnership had no K-1 income during the reporting year. However, the reporting family did have a value for this investment on its books at year-end. Therefore, the partnership is deemed reportable.

## NOTE 16
The reporting family has an equity interest in this company and a note receivable from this company. The interest on the note is calculated quarterly and then added to the value of the note (paid-in-kind interest).

The reporting family does not receive cash for the interest and hence does not record income on its books. Therefore, there is no interest included on this report. If and when the company makes a payment against the note, the funds are recorded as interest until the accrued interest is repaid. Once the interest is repaid, any additional payments reduce the note's principal balance.

## NOTE 17
This company issued its final K-1 in 2002. However, in 2003, the reporting family continued to have a value on its books reflecting this investment at year-end. As of the end of 2004, however. the reporting family wrote off the asset. Therefore, the asset is no longer reportable.

## NOTE 18
The reporting family requested a complete withdrawal from this fund in 2003. The fund, however, could not distribute 100% of the balance due until its audit was completed in 2004. After receipt of this payment, the reporting family no longer had any interest in the fund.

**NOTE 19**
This Company was written off as worthless at the end of 2003. The reporting family received some settlement proceeds in March, 2004. For purposes of this report, all funds received represented gain.

**NOTE 20**
The reporting family, as sole shareholder of this S corporation, funded the company in order to cover expenses. According to Dotty Abell, Financial Disclosure Examiner, such amounts should be included as reportable transactions if they meet the value threshold. As a result, any such amounts are included on this report.

The company's assets are limited to office furniture, office equipment, a checking account and a limited partnership interest which is listed separately on this report. The value used to determine the year-end valuation code was the checking account balance plus the depreciated office furniture/equipment balance from the 2004 tax return prepared by PriceWaterhouseCoopers.

**NOTE 21**
‌of the reporting person's‌ owns 1.148% of this non-public company. The reporting person and‌ own 78.668% of this company. The ‌year-end market value for this investment was determined as follows: The‌ equity % was divided by the‌ equity % and the resultant was multiplied by the ‌year-end equity value.

**NOTE 22**
The‌ received a 1/6 interest in‌ two residences in a prior year due to the dissolution of a Qualified Personal Residence Trust and the distribution of the remainder interest to‌ and his‌

Because‌ continued to occupy the homes until‌ death in July, 2004 and there was no intent to sell the properties, no outside appraisals were done. Following the death‌ however, one of‌ agreed to purchase the Maine property. The agreed upon sale price is the figure used to determine the year-end value code. Regarding the Pennsylvania property, the house will be put up for sale. The proposed listing price was used to determine the year-end value code. For both properties, the value shown in Column C.(1) is the reporting family's interest or 1/6 of the total value.

‌death, and one other tenant paid monthly rent which was used to pay the taxes and other related expenses. In prior years, remaining monies were distributed to the siblings. Per Peter Laugesen, Financial Disclosure Office, cash distributions to‌ represent rental income and should be included on this report as rent (not the amount claimed as rental income on the‌ income tax

return). In 2004, however, the funds remained in the checking account. No distributions to ███████ were made. Therefore, no rental income was claimed on this report.

The checking account, however, has been added to this report. Even though the checking account is a non-interest bearing one, there are other accounts at this financial institution (See Note 38 below) and the aggregate amount of all the accounts reaches the income/value reporting thresholds.

One sixth of the total checking account value, the reporting family's interest, was used to determine the value code in Column C.(1).

## NOTE 23
The reporting person's ███████ was the trustee of ███████████████████ trust until October 25, 2004. At that point, the trust was terminated and ownership of the assets transferred to the ███████████. According to Peter Laugesen, Financial Disclosure Office, and Ralph Watkins, Deputy Counsel, because the reporting person's ██████ controlled the purchases/sales in the trust for part of the year, the trust's assets and related activity are reportable for that part of the year. Therefore, any activity (income and/or transactions) that occurred prior to October 25 is included on this report and there is no year-end value noted in Column C.(1).

## NOTE 24
The reporting person's ████████ established an irrevocable life insurance trust for the benefit of ███████████. The only asset in the trust is a universal life insurance policy. A schedule prepared by U.S. Life Insurance Company was used to determine the interest and the end of the year accumulated value shown in Column C.(1). There was no cash value at the end of the year. While preparing this year's report, it was noticed that the interest income amounts on the two prior financial disclosure reports were accumulated incorrectly resulting in an understatement of interest income. The 2002 and 2003 codes were listed as "A" and should have been listed as "D". The problem has been corrected for this report.

## NOTE 25
This company's 2004 K-1 was not received by the May 15, 2005 Disclosure Report filing date. Therefore, the filer, ██████████ or the company's management has estimated the company's income. Once the actual K-1 is received, the reporting family will file an amended return if the income code based on the actual K-1 is different than the code reported in this report. This approach was deemed appropriate by Mr. John Staley, Financial Disclosure Office.

**NOTE 26**
The reporting family invests in this company through either a Sentinel or a Vestar partnership (See Lines 161-165 and 209-210 in Section VII). Since the reporting person's ██████ can "direct, influence or in any other manner affect the purchase, exchange, sale or disposition of the entity or property owned by the entity", Financial Disclosure Filing Instructions, page 35, the partnership's assets must be listed separately on this report. As a result, this company is reportable.

All transactions (investments, sales and related gain/(loss), distributions, etc.) are reported for the company. Any K-1 income (excluding gain/(loss) on sales) attributable to the company, however, is included in the partnership's line. See Note 14 for more information.

**NOTE 27**
This company was sold in 1999. The reporting family received a final distribution of escrow funds in May, 2004. All funds received represented additional gain.

**NOTE 28**
The Ending Capital Account value from the entity's 2004 K-1 was used to determine its year-end value code for Column C.(1).

**NOTE 29**
This asset had no value on the reporting family's books. However, the reporting family received a royalty distribution in 2004. So, even though the company's value remained at zero, the asset is deemed reportable because the income was over the threshold level.

**NOTE 30**
This company was sold in November, 2004. The reporting family received no funds. Therefore, there are no codes listed in either Column D.(3) or D.(4).

**NOTE 31**
This partnership was dissolved and liquidated in 2004. As a result, there is no value on the books as of year-end. Any liquidation proceeds received were applied against the loss. Therefore, there is no gain noted.

**NOTE 32**
Although the reporting family wire transferred the investment funds to this company on 12/28, the company did not invest the funds until January, 2005. Therefore, the reporting family did not receive a year-end statement from the company. For purposes of this report, the value used to determine the year-end value code was cost.

**NOTE 33**

In the beginning of 2004, the reporting family received the final 2003 financial statements for this company. The company had no value. Therefore, the reporting family wrote off its investment in June, 2004. The 2004 K-1 was marked final and showed an ending capital account balance of zero.

**NOTE 34**

The reporting family requested a 100% withdrawal from this partnership. Although the 2004 K-1 shows a distribution to the reporting family for the full value of its account, the reporting family did not receive the funds via wire transfer until January, 2005. Therefore, the reporting family used the amount received in January, 2005 to determine the value of the investment as of December 31, 2004. The 2005 report will show the receipt of the funds in January.

**NOTE 35**

The reporting family made an additional investment on December 31. In order to determine the year-end value code, the year end value per the company was added to the amount of the additional investment that was made on December 31 (which was not yet recorded by the company).

**NOTE 36**

The filer's ███ is a co-trustee of his ██████████ trust. While the ██ was a ████████ all of his assets were included on the annual Financial Disclosure Reports (FDR). However, once the ██ was no longer considered a ████████ assets were removed from the reports.

According to the FDR instructions, page 58, if the filer is a trustee and she, ████████ or ████████ (1) has a beneficial interest in the estate or fund with which she is associated or (2) controls the purchase, sale, or other disposition of that estate or fund, the assets of the involved would be reportable. Further, all trusts are reportable if the filer, ████████████ has a beneficial interest.

But, according to Ralph Watkins, Deputy Counsel, the instructions should state that if the filer or ████████ is a trustee and either of them or a ████████ (1) has beneficial interest in the estate or fund with which the filer or ██████ is associated or (2) controls the purchase, sale or other disposition of that estate or fund, the involved assets are reportable.

As a result of this misunderstanding, the ████████████ trust assets were not included on the 2003 report. Ralph Watkins stated that there is no need to amend the prior year's report.

**NOTE 37**

The filer's ███████ became a 1/6 beneficiary of this trust's assets on the date of ███ ███████ death (July 27, 2004). As a result, all activity from 7/27/04 through December 31, 2004 is included on this report. Per Peter Laugesen, Financial Disclosure Office, the total value of the trust's assets and all related income should be included when determining the proper codes (not just 1/6 of the total amount).

The sub-account was set-up in order to try a different investment manager. By the end of 2004, all assets were either sold or transferred back into the main account. The account was not closed officially as of year-end, but it had no assets and hence no value.

**NOTE 38**

The filer's ███████ has been one of 4 or 5 co-trustees of ███████ trusts for years. The filer was unaware that these trusts existed until 2005. The filer's ███████ never received any income or principal payouts from the trusts and did not realize that the assets of ███ ███████ trusts were reportable.

Although the filer's ███████ did not directly control purchases and sales in the account (an independent trustee handled those matters), the filer's ███████ did make recommendations regarding purchases and sales. Therefore, according to Dotty Abell, Financial Disclosure Office, the assets are reportable. According to Peter Laugesen, Financial Disclosure Office, there is no need to amend prior reports.

**NOTE 39**

This account was opened in order to handle the filer's ███████████ estate upon ███ ███████ in July, 2004. The account was opened without any funds. Hence there is no value code in Column D.(3). Since the filer's ███████ has a 1/6 interest in the account and the account meets the reporting thresholds, it is deemed reportable.

**NOTE 40**

A cash payment and some warrants were received as a settlement in a class action lawsuit. The cash amount received is included in the Column B.(1) and marked as "SETTLMNT" in Column B.(2). The warrants received are included in Column D. For Line 308 in Section VII, the cash settlement amount was not received into the trust and therefore is not reportable.

**NOTE 41**

During a review of the 2003 Schedule H in 2004, it was noted that the reporting family had remitted certain taxes twice. The US Treasury returned the funds with interest in 2004. Since the reporting family did not realize this error until 2004, it did not know that it had a receivable from the US Treasury as of the end of 2003. Therefore, the receivable was not included on the 2003 Financial Disclosure Report.

**NOTE 42**
The reporting family asked the institution to close this account in February, 2004. Although the reporting family continued to receive statements for all of 2004, there was neither activity nor account value. There were no assets at year-end and there was no income during the year. Therefore, this account is no longer deemed reportable.

**NOTE 43**
The reporting family has a cash sub-account attached to its margin debt. For monthly statement purposes, the investment bank nets the cash balance against the margin debt. For purposes of this report, the same approach is used. Therefore, we have not shown the cash account in Section VII. Instead, we have netted the cash account amount against the total debt amount shown in Section VI. as a liability.

**NOTE 44**
According to the Limited Partnership that owns this company, the company repaid some notes as part of a company-wide refinancing. The transaction resulted in a return of capital and some capital gain for all of the limited partners.

**NOTE 45**
This Moorings/Viking investment was sold in June, 2001. Therefore, there is no year-end asset value. The 2004 K-1, however, showed income over the threshold level.

**NOTE 46**
This partnership is winding down. In 2004, its consulting business and its fund of funds business were sold. Those businesses made up the bulk of the partnership. Subsequent to the sales, the partnership changed its name to Cosmos Partners.

Milliman purchased the consulting business in a cash/note payable deal. Milliman will make payments against the note over the next four years. Mellon, the buyer of the fund of funds business, withheld approximately 25% of the purchase price in escrow. Those funds will be distributed when certain covenants are met.

The amount used to determine the code for Column C.(1) was the estimated value of the outstanding Mellon sale proceeds plus the estimated Milliman note payments.

The amount of K-1 income used to determine the code for Column B.(1) does not include the capital gain amount reported by the partnership. The gain amount is included with the transaction details in Column D. for each of the sales.

**NOTE 47**
The reporting family has both LP and GP interests in each of the Sentinel Funds. On prior reports, the Partnerships were listed separately. For this report and future reports, however, the interest in Sentinel Partners has been included on the Sentinel Capital Partners line and the interest in Sentinel Partners II has been included on the Sentinel Capital Partners II line. See Note 14 for additional information.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WOOD, KIMBA M | 5/12/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____        Date____5/12/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544